David V. Rose (SBN 112288)
Vickie V. Grasu (SBN 224278)
VANDEVENTER BLACK LLP
790 E. Colorado Blvd., Suite 500
Pasadena, CA 91101-2185
Telephone: (626) 768-1260
Telefax: (626) 768-1261
Email: vgrasu@vanblk.com

Attorneys for Defendants,
ATLANTIC MARINE CONSTRUCTION COMPANY, INC., THE HANOVER INSURANCE GROUP AND THE HANOVER INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ROEK CONSTRUCTION, INC., a California corporation,<br><br>              Plaintiff,<br><br>      vs.<br><br>ATLANTIC MARINE CONSTRUCTION COMPANY, INC., a Virginia corporation, and THE HANOVER INSURANCE GROUP, a Delaware corporation, THE HANOVER INSURANCE COMPANY, a New Hampshire corporation, and DOES 1 to 10, Inclusive<br><br>              Defendants. | Case No.: 2:12-CV-02991-WBS-DAD<br><br>**ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY 28 DAYS**<br><br>[Local Rule 144(a)] |

Use Plaintiff ROEK CONSTRUCTION, INC. ("Plaintiff") and Defendants, ATLANTIC MARINE CONSTRUCTION COMPANY, INC. ("AMC") and THE HANNOVER INSURANCE GROUP and THE HANOVER INSURANCE COMPANY ("Hanover") (hereinafter collectively referred to as "Defendants"), by and through counsel and pursuant to *Federal Rule of Civil Procedure* 6(b)(1)(A) and Local Rule 144(a), hereby stipulate to a 28-day extension of time for Defendants to respond to Plaintiff's initial Complaint in this matter.

/ / /

/ / /

Plaintiff filed the instant action in the United States District Court for the Eastern District of California on December 11, 2012. AMC was served with the Complaint on January 23, 2013 and Hanover was served with the Complaint on January 22, 2013. Pursuant to Federal Rules of *Civil Procedure Rule* 81(c)(2)(C), Defendant AMC is required to respond to the Complaint on or before February 13, 2013 and Hanover is required to respond to the Complaint on or before February 12, 2013.

Pursuant to Eastern District Local Rule 144, the Parties stipulate and agree to extend these dates by 28 days, to March 12, 2013. This extension is necessary because the Parties are currently attempting to resolve their disputes, and the extension will permit the Parties to resolve the matter and fully dismiss this action with prejudice without incurring the expense of filing unnecessary pleadings. There have been no previous extensions of time in this action and there appear to be no prejudice extending the time for Defendants to respond to the Complaint.

WHEREFORE, for the foregoing reasons, the parties stipulate to this extension for Defendants to respond to the Complaint on or before March 12, 2013.

IT IS SO STIPULATED.

Dated: February  13 , 2013                    VANDEVENTER BLACK LLP

/s/
VICKIE V. GRASU
Attorneys for Defendants, ATLANTIC MARINE CONSTRUCTION COMPANY, INC. THE HANOVER INSURANCE GROUP AND THE HANOVER INSURANCE COMPANY

Dated: February  13 , 2013                    DOWNEY BRAND LLP

/s/
MATTHEW J. WEBER
Attorneys for Use Plaintiff, ROEK CONSTRUCTION, INC.

# ORDER

IT IS SO ORDERED.

Dated:   February 15, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is:  790 E. Colorado Blvd, Suite 500, Pasadena, CA  91101.

On February 14, 2013, I served the foregoing document described as: **ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY 28 DAYS** as follows:

Matthew J. Weber
Jennifer L. Williams
Downey Brand LLP
3425 Brookside Road
Suite A
Stockton, CA  95219
Tel: (209) 473-6450/Fax: (209) 473-6455
Email:
**Attorneys for Plaintiff, ROEK CONSTRUCTION, INC.**

*EFILE* **-** The above individuals are registered with the District Court for service and filing of documents in this case.  Said document was transmitted to the above registrants via e-filing.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 14, 2013, at Pasadena, California.

　　　　　　　　　　　　　　　　　　　Sara Rodriguez, declarant

32228-0046

4813-4945-9218, v.  1

4

**3:12-CV-03638-EDL**
**ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY 28 DAYS**