DOWNEY BRAND LLP
MATTHEW J. WEBER (Bar No. 227314)
JENNIFER L. WILLIAMS (Bar No. 261037)
3425 Brookside Road, Suite A
Stockton, CA 95219-1757
Telephone:  (209) 473-6450
Facsimile:  (209) 473-6455
mweber@downeybrand.com
jwilliams@downeybrand.com

Attorneys for Use Plaintiff
ROEK CONSTRUCTION, INC.

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES, For the Use of ROEK CONSTRUCTION, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ATLANTIC MARINE CONSTRUCTION COMPANY, INC., a Virginia corporation, and THE HANOVER INSURANCE GROUP, a Delaware corporation, THE HANOVER INSURANCE COMPANY, a New Hampshire corporation, and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO. CV 12-2991<br><br>**ORDER CONTINUING STATUS CONFERENCE** |

**ORDER**

PURSUANT TO THE STIPULATION between Plaintiff ROEK CONSTRUCTION and Defendants ATLANTIC MARINE CONSTRUCTION COMPANY, INC., THE HANOVER INSURANCE GROUP, and THE HANOVER INSURANCE COMPANY agreeing that the April 1, 2012, Status Conference be delayed at least two weeks and set thereafter as the Court's schedule permits, the Court hereby resets the Status Conference to be conducted on

///

1309248.1                                1

1  **April 29, 2013 at 2:00 p.m. in Department 5** of the above-captioned court, and the Status

2  Report to be filed and served no later than **April 15, 2013**.

3      **IT IS SO ORDERED.**

4  Date: March 29, 2013

                                                WILLIAM B. SHUBB
                                                UNITED STATES DISTRICT JUDGE