DOWNEY BRAND LLP
MATTHEW J. WEBER (Bar No. 227314)
JENNIFER L. WILLIAMS (Bar No. 261037)
3425 Brookside Road, Suite A
Stockton, CA  95219-1757
Telephone:   (209) 473-6450
Facsimile:   (209) 473-6455
mweber@downeybrand.com
jwilliams@downeybrand.com

Attorneys for Use Plaintiff
ROEK CONSTRUCTION, INC.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES, For the Use of ROEK CONSTRUCTION, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ATLANTIC MARINE CONSTRUCTION COMPANY, INC., a Virginia corporation, and THE HANOVER INSURANCE GROUP, a Delaware corporation, THE HANOVER INSURANCE COMPANY, a New Hampshire corporation, and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO. CV 12-2991<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**(Fed. Rule Civ. Proc. 41(a))** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), and the terms of the Release and Confidential Settlement Agreement reached amongst all parties to this action, Plaintiff ROEK CONSTRUCTION, INC., and Defendants ATLANTIC MARINE CONSTRUCTION COMPANY, INC., THE HANOVER INSURANCE GROUP, and THE HANOVER INSURANCE COMPANY hereby stipulate that this action shall be dismissed in its entirety with prejudice, with each party to bear their own fees and costs.  The parties respectfully request that the Court order such dismissal by signing below.

///

1  IT IS SO STIPULATED.
   DATED: April 17, 2013         DOWNEY BRAND LLP
2

3

4                                 By:_____/s/ Matthew J. Weber_____
                                      MATTHEW J. WEBER
5                                     Attorney for Use Plaintiff
                                      ROEK CONSTRUCTION, INC.

6  DATED: March 28, 2013         VANDEVENTER BLACK LLP

7

8                                 By:_____/s/ Vickie V. Grasu_____
                                      VICKIE V. GRASU
9                                     Attorney for Defendants
                                      ATLANTIC MARINE CONSTRUCTION
10                                    COMPANY, INC., THE HANOVER
                                      INSURANCE GROUP, THE HANOVER
11                                    INSURANCE COMPANY

12

13

14         IT IS SO ORDERED.

15    Date: April 22, 2013

16

17                                _____
                                  WILLIAM B. SHUBB
18                                UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

1312499.1                         2

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE