DOWNEY BRAND LLP
MATTHEW J. WEBER (Bar No. 227314)
JENNIFER L. WILLIAMS (Bar No. 261037)
3425 Brookside Road, Suite A
Stockton, CA  95219-1757
Telephone:     (209) 473-6450
Facsimile:      (209) 473-6455
mweber@downeybrand.com
jwilliams@downeybrand.com

Attorneys for Use Plaintiff
ROEK CONSTRUCTION, INC.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES, For the Use of ROEK CONSTRUCTION, INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>ATLANTIC MARINE CONSTRUCTION COMPANY, INC., a Virginia corporation, and THE HANOVER INSURANCE GROUP, a Delaware corporation, THE HANOVER INSURANCE COMPANY, a New Hampshire corporation, and DOES 1 to 10, inclusive,<br><br>        Defendants. | CASE NO. CV 12-2991<br><br>**STIPULATION AND  ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**(Fed. Rule Civ. Proc. 41(a))** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), and the terms of the Release and Confidential Settlement Agreement reached amongst all parties to this action, Plaintiff ROEK CONSTRUCTION, INC., and Defendants ATLANTIC MARINE CONSTRUCTION COMPANY, INC., THE HANOVER INSURANCE GROUP, and THE HANOVER INSURANCE COMPANY hereby stipulate that this action shall be dismissed in its entirety with prejudice, with each party to bear their own fees and costs.  The parties respectfully request that the Court order such dismissal by signing below.

///

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED. | |
| 2 | DATED:  April 17, 2013 | DOWNEY BRAND LLP |
| 3 | | |
| 4 | | By:_____/s/  Matthew J. Weber_____ |
| 5 | | MATTHEW J. WEBER<br>Attorney for Use Plaintiff<br>ROEK CONSTRUCTION, INC. |
| 6 | DATED:  March 28, 2013 | VANDEVENTER BLACK LLP |
| 7 | | |
| 8 | | By:_____/s/  Vickie V. Grasu_____ |
| 9 | | VICKIE V. GRASU<br>Attorney for Defendants<br>ATLANTIC MARINE CONSTRUCTION<br>COMPANY, INC., THE HANOVER<br>INSURANCE GROUP, THE HANOVER<br>INSURANCE COMPANY |

IT IS SO ORDERED.

Date: April 22, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1312499.1

2

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE